\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**DAVID R. KELLY,**

    **Plaintiff,**

v.

    Civil Action 2:10-cv-00775
    Judge Algenon L. Marbley
    Magistrate Judge E.A. Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 27, 2011 Opinion and Order, the Court ADOPTED the Report and Recommendation. Plaintiff's Objections were OVERRULED. The Court AFFIRMS the decision of the Commission.

Date: **September 27, 2011**       James Bonini, Clerk

                                          s/Betty L. Clark
                                          Betty L. Clark/Deputy Clerk